```
                                    FILED
                                    2005 AUG 24  P 2: 49
                                    CLERK, US DIST. COURT
                                    EASTERN DIST. OF CALIF
                                         AT FRESNO
                                    BY_____
                                              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL VALDOVINOS-PLANCARTE,<br><br>Defendant. | 1:05 CR 221 AWI<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO DISMISS<br>(Fed. R. Crim. P. 48 (a)) |

ORDER

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to Daniel Valdovinos-Plancarte.

Dated: August 5, 2005

_____
DENNIS L. BECK
U.S. District Magistrate Judge

1