FILED

2005 AUG 24  P 2: 49

CLERK. US DIST. COURT
ASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   1:05 CR 221 AWI
                                 )
              Plaintiff,          )
                                 )
       v.                        )   ORDER ON GOVERNMENT'S
                                 )   MOTION TO DISMISS
                                 )   (Fed. R. Crim. P. 48 (a))
DANIEL VALDOVINOS-PLANCARTE,     )
                                 )
              Defendant.          )
                                 )
_____)

ORDER

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to

Daniel Valdovinos-Plancarte.

Dated: August _5_, 2005

DENNIS L. BECK
U.S. District Magistrate Judge

1