```
1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DANIEL PLANCARTE-VALDOVINOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-Cr-00221 AWI |
| Plaintiff, | STIPULATION CONTINUING CHANGE OF PLEA HEARING AND ORDER THEREON |
| v. | Date: March 27, 2006 |
| DANIEL PLANCARTE-VALDOVINOS, | Time: 9:00 A.M. |
| Defendants. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the change of plea hearing now set for March 13, 2006, may be continued to March 27, 2006, at 9:00 A.M.**

This continuance is sought at the request of counsel for defendant to allow additional time for case preparation.

///

///

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: March 9, 2006        By: /s/ Kimberly A. Kelly
                                                    KIMBERLY A. KELLY
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                                    DANIEL J. BRODERICK
                                                    Acting Federal Public Defender

DATED: March 9, 2006        By: /s/ Francine Zepeda
                                                    FRANCINE ZEPEDA
                                                    Assistant Federal Defender
                                                    Attorneys for Defendant
                                                    DANIEL VALDOVINOS-PLANCARTE

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 10, 2006**          /s/ **Anthony W. Ishii**
0m8i78                    UNITED STATES DISTRICT JUDGE