IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DANIEL PLANCARTE-VALDOVINOS,<br><br>　　　　Defendants. | NO. 1:05-Cr-00221 AWI<br><br>STIPULATION CONTINUING CHANGE OF PLEA HEARING AND ORDER THEREON<br><br>Date:　October 2, 2006<br>Time:　9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**On August 24, 2006, the parties filed the following stipulation:**

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the change of plea hearing now set for August 28, 2006, may be continued to October 2, 2006, at 9:00 A.M.**

This continuance is sought at the request of counsel for defendant to allow additional time for case preparation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

///

///

///

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: August 24, 2006 | By: /s/ Kimberly A. Kelly<br>KIMBERLY A. KELLY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: August 24, 2006 | By: /s/ Francine Zepeda<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>DANIEL VALDOVINOS-PLANCARTE |

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   August 25, 2006**          /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE