1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                   FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6   UNITED STATES OF AMERICA,            )   NO. 1:05-Cr-00221 AWI
                                         )
7                    Plaintiff,          )   ORDER ON STIPULATION CONTINUING
                                         )   TRIAL CONFIRMATION/CHANGE OF PLEA
8           v.                           )   HEARING
                                         )
9   DANIEL PLANCARTE-VALDOVINOS,         )   Date:   November 13, 2006
                                         )   Time:  11:00 A.M.
10                   Defendants.         )   Judge: Hon. Anthony W. Ishii
                                         )
11  _____ )

12

13          The parties in the above entitled case have filed the following stipulation:

14

15          **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that

16  **the trial confirmation/change of plea hearing now set for November 6, 2006, may be continued to**

17  **November 13, 2006, at 11:00 A.M.**

18          This continuance is sought at the request of counsel for defendant to allow additional time for case

19  preparation.

20          The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice

22  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and

23  (iv).

24                                              McGREGOR W. SCOTT
                                                United States Attorney

25  DATED: November 1, 2006                By:   /s/ Kimberly A. Sanchez_____
26                                                KIMBERLY A. SANCHEZ
                                                  Assistant United States Attorney
27                                                Attorney for Plaintiff

28

1                                                 DANIEL J. BRODERICK
                                                  Federal Public Defender
2

3    DATED: November 1, 2006                 By:  /s/ Francine Zepeda
                                                  FRANCINE ZEPEDA
4                                                 Assistant Federal Defender
                                                  Attorneys for Defendant
5                                                 DANIEL VALDOVINOS-PLANCARTE

6

7                                  O R D E R

8        As per the above stipulation, **IT IS SO ORDERED.**  Time is excluded in the interest of justice

9    and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and

10   (iv).

11

12   IT IS SO ORDERED.

13   **Dated:   November 2, 2006**            _____ /s/ Anthony W. Ishii_____
     0m8i78                                   UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      –2–